UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WONDER WILLIAMS,

                        *Plaintiff*,         9:20-CV-1417

-against-                            BKS

JAMES O'GORMAN, JOHN COLVIN, and MATTHEW THOMS,

                        *Defendants*.

---

## DEFENDANTS' PROPOSED SPECIAL INTEROGATORIES

                                              LETITIA JAMES
                                              Attorney General
                                              State of New York
                                                  *Attorney for Defendants*
                                              The Capitol
                                              Albany, New York 12224-0341

Ryan W. Hickey
Assistant Attorney General, of Counsel
Bar Roll No. 519020
Telephone: (518) 776-2616
Email: Ryan.Hickey@ag.ny.gov

Alexander Powhida
Assistant Attorney General, of Counsel
Bar Roll No. 105395
Telephone:    (518) 776-2584
Email: Alex.Powhida@ag.ny.gov

                                                          Date: September 12, 2024

1. Did Defendant O'Gorman prove, by a preponderance of the evidence, that he was not personally involved in all of the administrative segregation reviews for Plaintiff between 2010 and 2019?

2. Did Defendant O'Gorman prove, by a preponderance of the evidence, that he relied on information other than Plaintiff's criminal convictions when determining whether Plaintiff should be placed in administrative segregation?

3. Did Defendant O'Gorman prove, by a preponderance of the evidence, that the DOCCS Step-Down Program did not exist until 2017?

4. Did Defendant Colvin prove, by a preponderance of the evidence, that he responded to Plaintiff's inmate grievances concerning the conditions within administrative segregation?

5. Did Defendant Thoms prove, by a preponderance of the evidence, that he responded to Plaintiff's inmate grievances concerning the conditions within administrative segregation?

6. Did you find, by a preponderance of the evidence, that Defendants had a legitimate penological interest in placing Defendant in administrative segregation upon his arrival in DOCCS custody in 2010?

7. Did you find, by a preponderance of the evidence, that the duration of Plaintiff's confinement in administrative segregation violated Plaintiff's Eighth Amendment rights?

8. Did you find, by a preponderance of the evidence, that the conditions within administrative segregation violated Plaintiff's Eighth Amendment rights?

Dated: Albany, New York
September 12, 2024

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*
The Capitol
Albany, New York 12224-0341

By: *s/ Ryan W. Hickey*
Ryan W. Hickey
Assistant Attorney General, of Counsel
Bar Roll No. 519020

1

        Telephone:  (518) 776-2616
        Email: ryan.hickey@ag.ny.gov

        By: *s/ Alexander Powhida*
        Alexander Powhida
        Assistant Attorney General, of Counsel
        Bar Roll No.   105395
        Telephone:    (518) 776-2584
        Email: Alex.Powhida@ag.ny.gov

To:    Counsel of Record (*Via ECF*)