UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WONDER WILLIAMS,

                            Plaintiff,

                                                      9:20-cv-1417 (BKS/TWD)

v.

JAMES O'GORMAN, JOHN COLVIN, and
MATTHEW THOMS,

                            Defendants.

---

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**VERDICT SHEET**

## Question 1

### Eighth Amendment — Conditions of Confinement

Has Plaintiff Williams proven by a preponderance of the evidence each and every element of his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Colvin?

Yes __✓__    No_____

**If you answered YES in Question 1, proceed to Question 2. If you answered NO in Question 1, proceed to Question 4.**

## Question 2

### Eighth Amendment — Conditions of Confinement — Compensatory Damages

What amount, if any, do you award as damages in connection with Plaintiff Williams' Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Colvin? (Please Note: If you find that the plaintiff's rights were violated, but that the plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual compensable injury, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$ __1.00__

**Proceed to Question 3**

## Question 3

### Eighth Amendment — Conditions of Confinement — Punitive Damages

Do you find that Plaintiff Williams is entitled to an award of punitive damages in connection with his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Colvin?

Yes __✓__    No_____

**Proceed to Question 4 on the following page.**

## Question 4

### Eighth Amendment — Conditions of Confinement

Has Plaintiff Williams proven by a preponderance of the evidence each and every element of his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Thoms?

Yes_____    No__✓____

**If you answered YES in Question 4, proceed to Question 5. If you answered NO in Question 4, proceed to Question 7.**

## Question 5

### Eighth Amendment — Conditions of Confinement — Compensatory Damages

What amount, if any, do you award as damages in connection with Plaintiff Williams' Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Thoms? (Please Note: If you find that the plaintiff's rights were violated, but that the plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual compensable injury, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**Proceed to Question 6.**

## Question 6

### Eighth Amendment — Conditions of Confinement — Punitive Damages

Do you find that Plaintiff Williams is entitled to an award of punitive damages in connection with his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant Thoms?

Yes_____    No_____

**Proceed to Question 7 on the following page.**

### Question 7

### Eighth Amendment — Conditions of Confinement

Has Plaintiff Williams proven by a preponderance of the evidence each and every element of his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant O'Gorman?

Yes __✓__    No_____

**If you answered YES in Question 7, proceed to Question 8. If you answered NO in Question 7, proceed to Question 10.**

### Question 8

### Eighth Amendment — Conditions of Confinement — Compensatory Damages

What amount, if any, do you award as damages in connection with Plaintiff Williams' Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant O'Gorman? (Please Note: If you find that the plaintiff's rights were violated, but that the plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual compensable injury, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$ __1.00__

**Proceed to Question 9.**

### Question 9

### Eighth Amendment — Conditions of Confinement — Punitive Damages

Do you find that Plaintiff Williams is entitled to an award of punitive damages in connection with his Eighth Amendment conditions of confinement claim under 42 U.S.C. § 1983 against Defendant O'Gorman?

Yes __✓__    No_____

**Proceed to Question 10 on the following page.**

### Question 10

### Eighth Amendment — Lack of Penological Justification

Has Plaintiff Williams proven by a preponderance of the evidence each and every element of his Eighth Amendment lack of penological justification claim under 42 U.S.C. § 1983 against Defendant O'Gorman?

Yes __✓__    No_____

**If you answered YES in Question 10, proceed to Question 11. If you answered NO in Question 10, proceed to the end of the form.**

### Question 11

### Eighth Amendment — Lack of Penological Justification — Compensatory Damages

What amount, if any, do you award as damages in connection with Plaintiff Williams' Eighth Amendment lack of penological justification claim under 42 U.S.C. § 1983 against Defendant O'Gorman? (Please Note: If you find that the plaintiff's rights were violated, but that the plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual compensable injury, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$ __1.00__

**Proceed to Question 16.**

### Question 16

### Eighth Amendment — Lack of Penological Justification — Punitive Damages

Do you find that Plaintiff Williams is entitled to an award of punitive damages in connection with his Eighth Amendment lack of penological justification claim under 42 U.S.C. § 1983 against Defendant O'Gorman?

Yes __✓__    No_____

The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.

Foreperson: ███████████████  Date: 09/20/2024

**NAME REDACTED